MAX H. STERN (SBN: 154424)
DUANE MORRIS LLP
One Market, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3129
Facsimile: 415.276.5887
Email: MHStern@duanemorris.com

Attorney for Defendant
ZURICH FINANCIAL SERVICES, LTD.

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY J. QUIGLEY,<br><br>  Plaintiff,<br><br>  vs.<br><br>VERIZON WIRELESS; VERIZON COMMUNICATIONS, INC.; VODAPHONE GROUP PLC; CELLCO PARTNERSHIP; CONVERGENT RESOURCES, INC.; ER SOLUTIONS, INC.; CBCINNOVIS, INC.; HSBC FINANCE CORPORATION; ZURICH FINANCIAL SERVICES, LTD.; 21ST CENTURY INSURANCE GROUP, INC.; WASTE MANAGEMENT, INC.; RECEIVABLE MANAGEMENT SERVICES CORPORATION; and DOES 1-99,<br><br>  Defendants. | CASE NO. C11-06212 MEJ<br><br>**STIPULATION TO TIME FOR ZURICH FINANCIAL SERVICES, LTD. TO FILE RESPONSIVE PLEADINGS** |

1                                                                                    Case No. C11-06212 MEJ
**STIPULATION TO TIME FOR ZURICH FINANCIAL SERVICES, LTD. TO FILE
RESPONSIVE PLEADINGS**

Plaintiff Rodney J. Quigley and Defendant Zurich Financial Services, Ltd. ("Zurich") agree and stipulate as follows: Zurich has until Monday, January 23, 2012 to answer, move or otherwise respond to Plaintiff's Complaint.

Dated: January 12, 2012

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Max H. Stern
Max H. Stern

Attorney for Defendant
ZURICH FINANCIAL SERVICES, LTD.

Dated: January 12, 2012

__/s/ Rodney J. Quigley_
Plaintiff Rodney J. Quigley

## ATTESTATION

I, Max H. Stern, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Plaintiff Rodney J. Quigley has concurred in this filing.

Dated: January 12, 2012

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Max H. Stern
Max H. Stern

Attorney for Defendant
ZURICH FINANCIAL SERVICES, LTD.