UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY J. QUIGLEY

    Plaintiff(s),

    v.

VERIZON WIRELESS

    Defendant(s).
_____/

No. 11-06212 (EDL)

ATTENDANCE OF SETTLEMENT
CONFERENCE BY TELEPHONE

    Pursuant to the request of counsel for Defendant Convergent Outsourcing, Inc., Convergent Outsourcing's corporate representative may attend the settlement conference set for September 13, 2012, at 9:30 a.m., by telephone. The corporate representative must be available for the duration of the settlement conference.

    If the court concludes that the absence of the corporate representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Convergent Outsourcing's corporate representative.

Dated: July 17, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Settle.Tel